# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1326.  CORDARRIEL GREEN v. HOMETOWN COMMUNITIES PROPERTY MANAGEMENT.**

This case began in magistrate court. Following an adverse ruling, defendant Cordarriel Green appealed to the superior court, which issued a final judgment in favor of the plaintiff in May 2021. Green then filed a direct appeal to this Court. We dismissed the appeal for lack of jurisdiction because Green did not comply with the discretionary appeal requirements under OCGA § 5-6-35 (a) (1) and (b), and because the appeal was untimely under OCGA § 44-7-56 (2022). *Green v. Hometown Communities Property Mgmt.*, Case No. A24A1146 (Apr. 18, 2024).

In March 2024, Green filed motions in the superior court to amend a hearing transcript and for access to audio recordings of certain court proceedings. The superior court denied the motions on March 26, 2024, and Green filed this direct appeal the same day. We again lack jurisdiction.

As we explained in our order dismissing Green's appeal in Case No. A24A1146, appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "[T]he underlying subject matter generally controls over the relief sought in determining the proper procedure to follow to appeal." *Rebich v. Miles*, 264 Ga. 467, 469 (448 SE2d 192) (1994). Here, because the underlying subject matter of the action remains an appeal from magistrate court to superior court, Green was required to file an application for discretionary appeal to seek appellate review of the superior court's March 26 order.

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Green's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/24/2024

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*